UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 11-13574
_____

District Court Docket No.
9:10-cv-80735-WPD

ANGELA BIRSTER,
PAUL BIRSTER,

              Plaintiffs - Appellants,

versus

AMERICAN HOME MORTGAGE SERVICING, INC.,
a Delaware corporation,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the
Southern District of Florida
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 18, 2012
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch